1  Maria E. Quiroga
   Nevada State Bar Number: 13939
2  7935 W. Sahara Ave.
   Suite #103
3  Las Vegas, NV 89117
   (702) 972-8348
4  Maria@QuirogaLawOffice.com
   *Attorney for Plaintiffs*

5

6

7                    **UNITED STATES DISTRICT COURT**
                        **DISTRICT OF NEVADA**

8

9  ARTURO YOVANI ANDRADE and DORA
   AZUCENA VARGAS FLORES,                     CASE NO. 2:23-CV-00641-GMN-DJA

10                              Plaintiffs,    **JOINT STIPULATION FOR
                                              DISMISSAL OF CASE WITHOUT**
11         v.                                 **PREJUDICE**

12  LOREN K. MILLER, ALEJANDRO                 NOTED WITHOUT ORAL
    MAYORKAS, UR MENDOZA JADDOU,               ARGUMENT
13  ANTONY J. BLINKEN, PHILLIP SLATTERY,
    and RICHARD C. VISEK,

14
                                Defendants.
15

16

17

18         Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiffs

19  Arturo Yovani Andrade and Dora Azucena Vargas Flores, by and through their attorney, and the

20  attorney for the Defendants, respectfully submit this Joint Stipulation for Dismissal of Case

21  Without Prejudice.

22         At this time Defendants have adjudicated and approved what was requested in Plaintiffs'

23  Complaint. The parties therefore agree that this Complaint is now moot and move to dismiss the

24

1    case without prejudice. The parties further agree that upon dismissal each party is to bear its own

2    fees and costs for litigation on this case.

3            Respectfully submitted on this 17th day of January 2024.

4

5

6    s/*Maria Quiroga*                           s/Richard T. Colonna
     Maria E. Quiroga                          Richard T. Colonna
     Nevada State Bar Number: 13939            Assistant United States Attorney
7    *Attorney for Plaintiffs*                   *Attorney for the United States*

8

9

10    IT IS SO ORDERED. The Clerk of Court is kindly requested to close the case.

11    _____

12    UNITED STATES DISTRICT JUDGE

13    DATE:   January 21, 2025

14

15

16

17

18

19

20

21

22

23

24